Attorneys for Plaintiff(s), Fred A. Langston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Index No.: 06-4079 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Harold Johnston, Sr. and Fred A. Langston,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff(s), Fred A. Langston, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 9/25, 2009      By: _____
Robert L. Salim
LAW OFFICE OF ROBERT L. SALIM
1901 Texas Street
Natchitoches, LA 71457
Phone: 877.807.2924 (toll-free)
Fax: 318.354.1227
Attorneys for Plaintiff(s), Fred A. Langston

DATED: Oct. 21, 2009      By: _____
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Defendants' Liaison Counsel

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: OCT 28, 2009      _____
Hon. Charles R. Breyer
United States District Court

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**